**No. 11-6783. Marie Assa'ad-Faltas, Petitioner v. Barney Giese, et al.**

565 U.S. 1090, 132 S. Ct. 849, 181 L. Ed. 2d 546, 2011 U.S. LEXIS 8971.

December 12, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the Supreme Court of South Carolina dismissed. See Rule 39.8.

**No. 11-6814. Assem A. Abulkhair, Petitioner v. Reuben Banks.**

565 U.S. 1090, 132 S. Ct. 851, 181 L. Ed. 2d 546, 2011 U.S. LEXIS 8909.

December 12, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the Superior Court of New Jersey, Appellate Division, dismissed. See Rule 39.8.

**No. 11M47. William F. Kaetz, Petitioner v. Jonathan Mark.**

565 U.S. 1091, 132 S. Ct. 864, 181 L. Ed. 2d 546, 2011 U.S. LEXIS 8919.

December 12, 2011. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

Same case below, 429 Fed. Appx. 112.

**No. 11M48. Mary Louise Lewis, Petitioner v. Countrywide Home Loans, Inc., fka Countrywide Funding Corporation.**

565 U.S. 1091, 132 S. Ct. 864, 181 L. Ed. 2d 546, 2011 U.S. LEXIS 8964.

December 12, 2011. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

**No. 11M49. Christopher Leyja, Petitioner v. David Parker, Warden.**

565 U.S. 1091, 132 S. Ct. 864, 181 L. Ed. 2d 546, 2011 U.S. LEXIS 8949.

December 12, 2011. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

Same case below, 404 Fed. Appx. 291.

**No. 11M50. C. D., Petitioner v. United States.**

565 U.S. 1091, 132 S. Ct. 864, 181 L. Ed. 2d 546, 2011 U.S. LEXIS 8933.

December 12, 2011. Motion for leave to file a petition for writ of certiorari under seal with redacted copies for the public record denied.

**No. 11M51. San Carlos Apache Tribe, Petitioner v. United States.**

565 U.S. 1091, 132 S. Ct. 865, 181 L. Ed. 2d 546, 2011 U.S. LEXIS 9002.

December 12, 2011. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

Same case below, 639 F.3d 1346.